UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61517-CIV-COHN/WHITE

FRED MASSARO,

    Petitioner,

vs.

MICHAEL CREWS,

    Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Report and Recommendation [DE 13] ("Report") of Magistrate Judge Patrick A. White, which recommends dismissal without prejudice of Petitioner Fred Massaro's Petition for Habeas Corpus [DE 1] ("Petition") under 28 U.S.C. § 2254.  Despite the lack of timely objections, the Court has conducted a *de novo* review of the Report, and is otherwise fully advised in the premises.

In his Petition, Petitioner claims that he received ineffective assistance of counsel in connection with the revocation of his term of probation and resulting sentence.  Judge White, however, recommends dismissing the Petition without prejudice because Petitioner has not yet exhausted all state court remedies.  The Court agrees.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Magistrate Judge's Report and Recommendation [DE 13] is hereby **ADOPTED**;

2.     The Petition for Habeas Corpus [DE 1] is hereby **DISMISSED WITHOUT PREJUDICE**;

3. Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, Petitioner is hereby **DENIED** a certificate of appealability because Petitioner has failed to make a substantial showing that he was denied a constitutional right.  The Court notes that pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Petitioner may request issuance of a certificate of appealability from the Eleventh Circuit; and

4. The Clerk may **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of April, 2014.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record and pro se parties via CM/ECF.